KRESTA NORA DALY, SBN 199689
Rothschild Wishek & Sands, LLP
901 F Street, Suite 200
Sacramento, CA 95814

Attorney for Ahmed Chartaev

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> AHMED CHARTAEV, <br> KHADZHIMURAD BABATOV, <br> ROMAN MALAKHOV, <br> SERGEY SHCHIRSKIY, <br> ANDREY KIM, <br> MAGOMED ABDUKHALIKOV <br> Defendant. | Case No.: 2:11-CR-00514-GEB <br><br> STIPULATION AND ORDER <br><br> JUDGE: HON. GARLAND E, BURRELL |

It is hereby stipulated and agreed to between the United States of America through Dominique Thomas, Assistant U.S. Attorney, and defendant, Ahmed Chartaev, through his counsel, KRESTA DALY, defendant Khadzhimurad Babatov, through his attorney David Fischer[1], defendant Roman Malakhov, through his attorney Chris Cosca, defendant Sergey Shchirskiy, through his attorney Danny Brace, defendant Andrey Kim, through his attorney Kyle Knapp, and defendant Magomed Abdukhalikov, through his attorney Preeti Bajwa, that the status conference of December 23, 2011 be vacated and that a status conference be set for January 20, 2012 at 9:00 a.m.

This continuance is being requested because the defense is awaiting receipt of the discovery in this matter which is anticipated to be voluminous.

---

[1] John Duree is seeking to substitute in for David Fischer as counsel for Khadzhimurad Babatov. Mr. Duree has been contacted regarding this new date and is in agreement.

1

The parties request that speedy trial time be excluded from the date of this order through the date of the status conference set for January 20, 2012 pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: December 19, 2011

Respectfully submitted,

 s/Kresta Daly_____
KRESTA DALY
Attorney for Ahmed Chartaev

DATED: December 19, 2011

 s/Kresta Daly_____
John Duree
Attorney for Khadzhimurad Babatov

DATED: December 19, 2011

 s/Kresta Daly_____
Chris Cosca
Attorney for Roman Malakhov

DATED: December 19, 2011

 s/Kresta Daly_____
Danny Brace
Attorney for Sergey Shchirskiy

DATED: December 19, 2011

 s/Kresta Daly_____
Kyle Knapp
Attorney for Andrey Kim

DATED: December 19, 2011

 s/Kresta Daly_____
Preeti Bajwa
Attorney for Magomed Abdukhalikov

DATED: December 19, 2011

 s/Kresta Daly_____
Dominique Thomas
Assistant United States Attorney

**O R D E R**

**IT IS SO ORDERED**.

12/21/11

GARLAND E. BURRELL, JR.
United States District Judge