KRESTA NORA DALY, SBN 199689
Rothschild Wishek & Sands, LLP
901 F Street, Suite 200
Sacramento, CA 95814

Attorney for Ahmed Chartaev

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:11-CR-00514-GEB |
| Plaintiff, | AMENDED [PROPOSED] STIPULATION AND ORDER |
| v. | |
| AHMED CHARTAEV, KHADZHIMURAD BABATOV, ROMAN MALAKHOV, SERGEY SHCHIRSKIY, ANDREY KIM, MAGOMED ABDUKHALIKOV | JUDGE: HON. GARLAND E, BURRELL |
| Defendant. | |

It is hereby stipulated and agreed to between the United States of America through Dominique Thomas, Assistant U.S. Attorney, and defendant, Ahmed Chartaev, through his counsel, KRESTA DALY, defendant Khadzhimurad Babatov, through his attorney John Duree, defendant Roman Malakhov, through his attorney Chris Cosca, defendant Sergey Shchirskiy, through his attorney Danny Brace, defendant Andrey Kim, through his attorney Kyle Knapp, defendant Magomed Abdukhalikov, through his attorney Preeti Bajwa, defendant Nicholas Votaw, through his attorney David Fischer, Hakob Sergoyan, through his attorney Alan Eisner, and Stanislav Sarber, through his attorney Peter Kmeto that the status conference of January 20, 2012 be vacated and that a status conference be set for March 16, 2012 at 9:00 a.m.

This continuance is being requested because the discovery in this case is voluminous and new counsel has entered into the case.

The parties request that speedy trial time be excluded from the date of this order through the date of the status conference set for January 24, 2012 pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4). The parties further stipulate that the interests of justice outweigh the defendants' and the public's interest in a speedy trial.

DATED: January 19, 2012      Respectfully submitted,

s/Kresta Daly
KRESTA DALY
Attorney for Ahmed Chartaev

DATED: January 19, 2012

s/Kresta Daly
John Duree
Attorney for Khadzhimurad Babatov

DATED: January 19, 2012

s/Kresta Daly
Chris Cosca
Attorney for Roman Malakhov

DATED: January 19, 2012

s/Kresta Daly
Danny Brace
Attorney for Sergey Shchirskiy

DATED: January 19, 2012

s/Kresta Daly
Kyle Knapp
Attorney for Andrey Kim

DATED: January 19, 2012

s/Kresta Daly
Preeti Bajwa
Attorney for Magomed Abdukhalikov

DATED: January 19, 2012

s/Kresta Daly
David Fischer
Attorney for Nicholas Votaw

DATED: January 19, 2012

s/Kresta Daly
Alan Eisner
Attorney for Hakob Sergoyan

DATED: January 19, 2012                s/Kresta Daly_____
                                       Peter Kmeto
                                       Attorney for Stanislav Sarber


DATED: January 19, 2012                 s/Kresta Daly_____
                                       Dominique Thomas
                                       Assistant United States Attorney

**O R D E R**

**IT IS SO ORDERED**.

DATED: 1/19/12

_____
GARLAND E. BURRELL, JR.
United States District Judge