THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022
Attorney for Defendant Andrey Kim

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:11-cr-0514-GEB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF STATUS CONFERENCE |
| vs. | |
| AHMED CHARTAEV, KHADZHIMURAD BABATOV, NICHOLAS VOTAW, STANISLAV SARBER, HAKOB SERGOYAN, ROMAN MALAKHOV, MAGOMED ABDUKHALIKOV, SERGEY SHCHIRSKIY, and ANDREY KIM, | |
| Defendants. | |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Status Conference scheduled for March 16, 2012, at 9:00 a.m. is continued to May 18, 2012, at 9:00 a.m. in the same courtroom. R. Steven Lapham, Assistant United States Attorney, Thomas A. Johnson, attorney for Andrey Kim, Kresta Daly, attorney for Ahmed Chartaev, John Duree, attorney for Khadzhimurad Babatov, Chris Cosca, attorney for Roman Malakhov, Danny Brace, attorney for Sergey Shschirskiy, Preeti Bajwa, attorney for Magomed Abdukhalikov, David Fischer, attorney for Nicholas Votaw, Alan Eisner, attorney forHakob Sergoyan, and Peter Kmeto, attorney for Stanislav Sarber, are

1

requesting such continuance in order to continue review of discovery and for preparation of counsel. All parties stipulate and agree that the ends of justice are served by this continuance outweigh the best interest of the public and Defendants in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

It is further stipulated that the period from the date of this stipulation through and including May 18, 2012, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii), 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time for preparation of counsel). The ends of justice served by the continuance outweigh the best interest in the public and the Defendants in a speedy trial.

**IT IS SO STIPULATED.**

DATED: March 14, 2012    By:    /s/  Thomas A. Johnson
THOMAS A. JOHNSON
Attorney for Defendant
ANDREY KIM

DATED: March 14, 2012    By:    /s/  Thomas A. Johnson for
Kresta Daly
Attorney for Defendant
Ahmed Chartaev

DATED: March 14, 2012    By:    /s/  Thomas A. Johnson for
John Duree
Attorney for Defendant
Khadzhimurad Babatov

DATED: March 14, 2012    By:    /s/  Thomas A. Johnson for
Chris Cosca
Attorney for Defendant
Roman Malakhov

DATED: March 14, 2012    By:    /s/  Thomas A. Johnson for
Danny Brace
Attorney for Defendant
Sergey Shchirskiy

DATED: March 14, 2012    By:    /s/  Thomas A. Johnson for
Preeti Bajwa
Attorney for Defendant
Maogmed Abdukhalikov

| | | | |
|---|---|---|---|
| DATED: March 14, 2012 | | By: | /s/ Thomas A. Johnson for<br>David Fischer<br>Attorney for Defendant<br>Nicholas Votaw |
| DATED: March 14, 2012 | | By: | /s/ Thomas A. Johnson for _____<br>Alan Eisner<br>Attorney for Defendant<br>Hakob Sergoyan |
| DATED: March 14, 2012 | | By: | /s/ Thomas A. Johnson for<br>Peter Kmeto<br>Attorney for Defendant<br>Stanislav Sarber |
| DATED: March 14, 2012 | | | BENJAMIN WAGNER<br>United States Attorney |
| | | By: | /s/ Thomas A. Johnson for<br>R. STEVEN LAPHAM<br>Assistant U.S. Attorney |

## **ORDER**

**IT IS SO ORDERED.**

**Date: 3/14/2012**

_____
GARLAND E. BURRELL, JR.
United States District Judge