IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>AHMED CHARTAEV, KHADZHIMURAD BABATOV aka Murad Babatov, NICHOLAS VOTAW, ANTON TKACHEV, STANISLAV SARBER, HAKOB SERGOYAN, ROMAN MALAKHOV, ASHOT ANDREUS, MAGOMED ABDUKHALIKOV, SERGEY SHCHIRSKIY, and ANDREY KIM,<br><br>    Defendants. | 2:11-cr-00514-GEB<br><br>RELATED CASE ORDER |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>HURSHID HALDAROV, and KHZDZHIMURAD BABATOV aka Murad Babtov,<br><br>    Defendants. | 2:12-cr-00118-WBS |

On April 23, 2012, the United States of America filed a "Notice of Related Cases" in which it states:

> Both of [the above-referenced] cases . . . involve one of the same parties and are based on a similar scheme. Both cases also involve similar questions of fact and law such that their assignment to the same Judge is likely to effect a substantial savings of judicial effort. Given these circumstances, it would be appropriate for one judge to sit on both cases.

(ECF No. 96, 3:4-9.)

1       Examination of the above-entitled actions reveals that they
2  are related as defined by Local Rule 123(a). Further, "assignment of the
3  actions to a single Judge is likely to effect a savings of judicial
4  effort or other economies[.]" E.D. Cal. R. 123(c). Therefore, action
5  2:12-cr-00118 is reassigned to the undersigned judge for all further
6  proceedings, and the caption on the reassigned cases shall show the
7  initials "GEB." Further, any date currently set in the reassigned case
8  is VACATED. The Clerk shall make an appropriate adjustment in the
9  assignment of criminal cases to compensate for this reassignment.
10      IT IS FURTHER ORDERED that a Status Conference is scheduled to
11 commence at 9:00 a.m. on June 15, 2012, in action 2:12-cr-00118.

Dated: April 24, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge