| | |
|---|---|
| 1 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | R. STEVEN LAPHAM<br>LEE S. BICKLEY |
| 3 | Assistant United States Attorneys<br>501 I Street, Suite 10-100 |
| 4 | Sacramento, CA  95814<br>Telephone:  (916) 554-2700 |
| 5 | Facsimile:   (916) 554-2900 |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>AHMED CHARTAEV, et. al.,<br><br>　　　　　　　　Defendants. | CASE NO.  2:11-CR-0514 TLN<br><br>STIPULATION REGARDING CONINUATION OF RESTITUTION HEARING FOR ROMAN MALAKHOV; FINDINGS AND ORDER<br><br>DATE: MAY 3, 2013<br>TIME: 9:00 A.M.<br>JUDGE: TROY L. NUNLEY |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Roman Malakhov, by and through his counsel of record, hereby stipulate as follows:

1.　By previous order, this matter was set for a restitution hearing on May 3, 2013 before Judge Burrell.

2.　By this stipulation, the parties now move to continue the restitution hearing until May 30, 2013.

3.　The government has sought information concerning the loss attributable to the entity

1

that is believed to be the defendant's victim. The government has yet to receive that complete information from the victim.

4. Counsel for the defendant is currently in a murder trial, has a conflict with respect to the currently scheduled restitution hearing date due to that trial, and will need time to review whatever material the victim provides.

5. According to 18 U.S.C. § 3664(d)(5), the Court should set a hearing for a final determination of a victim's losses, not to exceed 90 days after sentencing. As defendant Malakhov was sentenced on March 8, 2013, the requested restitution hearing date of May 30, 2013, is within that 90 day window of time.

IT IS SO STIPULATED.

DATED: May 1, 2013

/s/ Lee S. Bickley
Lee S. Bickley
Assistant United States Attorney

DATED: May 1, 2013

/s/ Lee. S. Bickley for
Christopher C. Cosca
Counsel for Defendant Roman Malakhov

**O R D E R**

UPON GOOD CAUSE SHOWN and the stipulation of the parties, it is ordered that the restitution hearing for Roman Malakhov presently set for May 3, 2013, be continued to May 30, 2013 at 9:30 a.m.

Dated: May 8, 2013

_____
Troy L. Nunley
United States District Judge

2