1 BENJAMIN B. WAGNER
United States Attorney
2 R. STEVEN LAPHAM
LEE S. BICKLEY
3 Assistant United States Attorneys
501 I Street, Suite 10-100
4 Sacramento, CA 95814
Telephone: (916) 554-2700
5 Facsimile: (916) 554-2900

6 Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-0514 TLN |
| Plaintiff, | STIPULATION REGARDING CONINUATION OF RESTITUTION HEARING FOR ROMAN MALAKHOV; FINDINGS AND ORDER |
| v. | |
| AHMED CHARTAEV, et. al., | |
| Defendants. | DATE: MAY 30, 2013<br>TIME: 9:30 A.M.<br>JUDGE: TROY L. NUNLEY |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Roman Malakhov, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a restitution hearing on May 3, 2013 before Judge Burrell. By previous order, the restitution hearing was continued until May 30, 2013 before this Court.

2. By this stipulation, the parties now move to continue the restitution hearing until July 11, 2013.

1

3. The government has sought information concerning the loss attributable to the entities that are believed to be the defendant's victims. The government has yet to receive that complete information from the victims. The government has shared the information that it has received with defendant's counsel who has questions about the material. The government needs additional time for the victims to provide additional information.

4. Counsel for the defendant is currently in a murder trial and needs additional time to review the material provided by the government.

5. According to 18 U.S.C. § 3664(d)(5), the Court should set a hearing for a final determination of a victim's losses, not to exceed 90 days after sentencing. The date July 11, 2013, is beyond that 90-day window as defendant Malakhov was sentenced on March 8, 2013. The defendant waives all rights that he has to having the restitution hearing scheduled within 90-days of sentencing and requests that the restitution hearing be scheduled for July 11, 2013.

IT IS SO STIPULATED.

DATED: May 23, 2013

/s/ Lee S. Bickley_____
Lee S. Bickley
Assistant United States Attorney

DATED: May 23, 2013

/s/ __Lee. S. Bickley for_____
Christopher C. Cosca
Counsel for Defendant Roman Malakhov

**O R D E R**

UPON GOOD CAUSE SHOWN and the stipulation of the parties, it is ordered that defendant Roman Malakhov has waived his right to have a restitution hearing within 90 days of his

2

sentencing and the restitution hearing for Roman Malakhov presently set for May 30, 2013, is continued to July 11, 2013 at 9:30 a.m.

DATED: May 24, 2013

_____
Troy L. Nunley
United States District Judge