ROBERT M. WILSON (SBN 122731)
KIMBALL & WILSON, LLP
3600 American River Drive, Suite 215
Sacramento, CA. 95864
Tel. (916) 927-0700
Fax (916) 927-0701
E-Mail: rwilson@kimballwilson.com

Attorney for Defendant
AHMED CHARTAEV

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AHMED CHARTAEV<br>KHADZHIMURAD BABATOV<br>NICHOLAS VOTAW<br>HAKOB SERGOYAN<br>ANDREY KIM<br>STANSLAV SARBER<br>SERGEY SHCHIRSKY<br>MAGOMED ABDUKHALIKOV<br>ANTON TKACHEV<br><br>Defendants. | No. 2:11-CR-00514 TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and the defendants, by and through each counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on June 13, 2013, at 9:30 a.m.

2. By this stipulation, the defendants now move to continue the status conference until September 12, 2013, at 9:30 a.m., and to exclude time between June 13, 2013, and

September 12, 2013, under Local Code T4.  Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

a. The government has represented that the discovery associated with this case includes approximately 4,483 pages of investigative reports and related documents in electronic form.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b. ROBERT WILSON was recently appointed to represent defendant AHMED CHARTAEV.  Counsel for all of the defendants desires additional time to consult with their respective clients, to review the current charges, to conduct investigation and research related to the charges, to review and copy discovery for this matter, to discuss potential resolutions with their clients, to prepare pretrial motions, and to otherwise prepare for trial.  This case involves several defendants with several witnesses.

c. Counsel for the defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. The government does not object to the continuance.

e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 13,2013, to September 12, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: June   , 2013                                      U.S. ATTORNEY

                                              by:    /s/ Robert M. Wilson for
                                                     LEE BICKLEY
                                                     Assistant U.S. Attorney
                                                     Attorney for Plaintiff


Dated: June   , 2013                                     /s/  Robert M. Wilson
                                                     ROBERT M. WILSON
                                                     Attorney for Defendant
                                                     AHMED CHARTAEV

Dated: June   , 2013                                     /s/  Robert M. Wilson for
                                                     JOHN DUREE, JR.
                                                     Attorney for Defendant
                                                     KHADZHIMURAD BABATOV

Dated: June   , 2013                                     /s/  Robert M. Wilson for
                                                     DAVID D. FISCHER
                                                     Attorney for Defendant
                                                     NICHOLAS VOTAW

Dated: June   , 2013                                     /s/  Robert M. Wilson for
                                                     ALAN EISNER
                                                     Attorney for Defendant
                                                     HAKOB SERGOYAN


Dated: June   , 2013                                     /s/  Robert M. Wilson for
                                                     THOMAS A. JOHNSON
                                                     Attorney for Defendant
                                                     ANDREY KIM


Dated: June   , 2013                                     /s/  Robert M. Wilson for
                                                     PETER KMETO
                                                     Attorney for Defendant
                                                     STANISLAV SARBER

Dated: June , 2013                    /s/ Robert M. Wilson for
                                      DANNY BRACE, JR.
                                      Attorney for Defendant
                                      SERGEY SHCHIRSKIY

Dated: June , 2013                    /s/ Robert M. Wilson for
                                      VICTOR HALTOM
                                      Attorney for Defendant
                                      MAGOMED ABDUKHALIKOV

Dated: June , 2013                    /s/ Robert M. Wilson for
                                      CHRIS HAYDN-MYER
                                      Attorney for Defendant
                                      ANTON TKACHEV

# O R D E R

IT IS SO FOUND AND ORDERED this 11th day of June, 2013.

_____
Troy L. Nunley
United States District Judge