| | |
|---|---|
| BENJAMIN B. WAGNER<br>United States Attorney<br>R. STEVEN LAPHAM<br>LEE S. BICKLEY<br>Assistant United States Attorneys<br>501 I Street, Suite 10-100<br>Sacramento, CA  95814<br>Telephone: (916) 554-2700<br>Facsimile:  (916) 554-2900<br><br>Attorneys for Plaintiff<br>United States of America | |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>v.<br><br>AHMED CHARTAEV, et. al.,<br><br>              Defendants. | CASE NO.  2:11-CR-0514 TLN<br><br><u>STIPULATION REGARDING CONINUATION OF RESTITUTION HEARING FOR ROMAN MALAKHOV; FINDINGS AND</u> **ORDER**<br><br>DATE: JULY 11, 2013<br>TIME:  9:30 A.M.<br>JUDGE: TROY L. NUNLEY |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Roman Malakhov, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a restitution hearing on July 11, 2013.

2. By this stipulation, the parties now move to continue the restitution hearing until August 29, 2013.

3. The government has sought information concerning the loss attributable to the entities that are believed to be the defendant's victims. The government has received from the victims

1

information concerning three of the loans at issue in the indictment and pre-sentencing report. The government has shared the information that it has received with defendant's counsel who has questions about the material. The government and defense counsel need time to determine whether a stipulation can be reached as to the appropriate amount of restitution.

4. According to 18 U.S.C. § 3664(d)(5), the Court should set a hearing for a final determination of a victim's losses, not to exceed 90 days after sentencing. The date August 29, 2013, is beyond that 90-day window as defendant Malakhov was sentenced on March 8, 2013. The defendant waives all rights that he has to having the restitution hearing scheduled within 90-days of sentencing and requests that the restitution hearing be scheduled for August 29, 2013.

IT IS SO STIPULATED.

DATED: July 8, 2013

/s/ Lee S. Bickley_____
Lee S. Bickley
Assistant United States Attorney

DATED: July 8, 2013

/s/ __Lee. S. Bickley for_____
Christopher C. Cosca
Counsel for Defendant Roman Malakhov

**O R D E R**

UPON GOOD CAUSE SHOWN and the stipulation of the parties, it is ordered that defendant Roman Malakhov has waived his right to have a restitution hearing within 90 days of his sentencing and the restitution hearing for Roman Malakhov presently set for July 11, 2013, is continued to August 29, 2013 at 9:30 a.m.

DATED: July 10, 2013

_____
Troy L. Nunley
United States District Judge